**STATE v. McCOLLUM**

[358 N.C. 132 (2004)]

STATE OF NORTH CAROLINA v. DAVID JEROME McCOLLUM

No. 305A03

(Filed 6 February 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 157 N.C. App. 408, 579 S.E.2d 467 (2003), finding no error in a judgment entered 26 July 2001 by Judge Jack A. Thompson in Superior Court, Robeson County. Heard in the Supreme Court 10 December 2003.

*Roy Cooper, Attorney General, by Robert C. Montgomery, Assistant Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Anne M. Gomez, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.